# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

        **Plaintiff,**

-vs-                                          Case No.   3:14-CR-23
                                                        Judge Thomas M. Rose

**DEMIAN PINA,**

        **Defendant.**

## ENTRY AND ORDER DENYING MOTION FOR BOND

This matter is before the Court on Defendant's Motion to Revoke Detention Order Pursuant to 18 U.S.C. §3145 (c) (doc.24) wherein the Defendant requested review and revocation of the order of detention previously set on March 3, 2014.  This Court set the matter for hearing on April 29, 2014, at which the Defendant appeared with Counsel.  Statements by Defense Counsel and the Government were heard.

Pursuant to 18 U.S.C. §3142(e) the Defendant's alleged violations raise a rebuttable presumption that no condition or combination of conditions will reasonably assure the Court of the safety of the community or the Defendant's appearance as required. The presumption has not been sufficiently rebutted by Defendant.

Therefore, after consideration of said motion and the information provided, the Court finds said motion not well-founded and **DENIES** Defendant's Motion to Revoke Detection Order Pursuant to 18 U.S.C. §3145 (c)(doc. 24).  At this time, the Court finds by clear and convincing evidence that there is still no condition or combination of conditions that would reasonably assure the appearance of the Defendant or the safety of the community.

**DONE** and **ORDERED** in Dayton, Ohio, this 1st day of May, 2014.

                                                                    *s/Thomas M. Rose*
                                                                    THOMAS M. ROSE, JUDGE
                                                                    UNITED STATES DISTRICT COURT