# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

|  |  |  |  |
|---|---|---|---|
| | Plaintiff, | : | Case No. 3:14-cr-023 |
| | | | Also 3:20-cv-181 |
| | | | |
| | | | District Judge Thomas M. Rose |
| - vs - | | | Magistrate Judge Michael R. Merz |
| | | | |
| DEMIAN PINA, | | | |
| | | | |
| | Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 164) whom this case was referred pursuant to 28 U.S.C. § 636(b) and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant's Motion for a Certificate of Appealability (ECF No. 163) be DENIED.

**DONE** and **ORDERED** in Dayton, Ohio, this 2nd day of September, 2020.

\*s/Thomas M. Rose

Thomas M. Rose
United States District Judge

1